1912.) Action by Fred J. Taber against the City of New York. No opinion. Motion denied, without costs. See, also, 132 N. Y. Supp. 1148.

---

TACK v. FITZSIMMONS et al. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Theodore E. Tack against Thomas P. Fitzsimmons and others. D. McCurdy, for appellant. C. Monteith Gilpin, for respondents.

PER CURIAM. Judgment affirmed, with costs, with leave to plaintiff to serve amended complaint, on payment of costs in this court and in the court below. Order filed.

INGRAHAM, P. J., and DOWLING, J., dissent.

---

TALLEY et al., Respondents, v. JAMES EVERARD'S BREWERIES, Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by John J. Talley and others, as executors, etc., against James Everard's Breweries. H. Hirshberg, for appellant. A. J. Talley, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 137 App. Div. 943, 122 N. Y. Supp. 1127, 1147.

INGRAHAM, P. J., and MILLER, J., dissent, upon the ground that the defendant had an absolute right to answer the amended complaint, and that it was error for the court to deny that right, or to refuse to adjourn the case to enable the defendant to prepare for trial. Order filed.

---

TALLEY, Respondent, v. TALLEY, Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Helda M. Talley against Robert P. Talley. S. Graham, for appellant. W. L. Marshall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

TARQUINIO, Appellant, v. KAISER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by Magdalena Tarquinio against Max Kaiser and another. No opinion. Judgment and order affirmed, with costs.

---

TAYLOR, Respondent, v. LANDEL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Eva A. Taylor, as administratrix, etc., against John W. Landel and another. No opinion. Motion for leave to appeal to Court of Appeals (130 N. Y. Supp. 1132) denied, with $10 costs.

---

THAYER, Respondent, v. THAYER, Appellant. (Supreme Court, Appellate Division, First Department. February 2, 1912.) Action by Marjorie Thayer against Henry Thayer. E. V. Abbot, for appellant. No opinion. Judgment and order affirmed, with costs, on Thayer

v. Thayer, 145 App. Div. 268, 129 N. Y. Supp. 1035. Order filed.

---

THOMPSON, Appellant, v. FUNK et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Robert H. Thompson against Marion Thomson Funk, and others. No opinion. Order affirmed, with costs. See, also, 146 App. Div. 602, 131 N. Y. Supp. 605.

---

THOMPSON, Respondent, v. MALLETT, Appellant. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Ralph E. Thompson against John L. Mallett. No opinion. Judgment and order unanimously affirmed, with costs.

---

THOMPSON, Appellant, v. NEW ACADEMY THEATER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by George H. Thompson against the New Academy Theater Company. No opinion. Passed twice, and dismissed, with costs, under rule 39.

---

THURSTON, Appellant, v. THURSTON, Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by John Thurston against Hanna Thurston. J. L. Curtis, for appellant. A. Price, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

TITLE GUARANTEE & TRUST CO. v. SUGERMAN et al. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) Action by the Title Guarantee & Trust Company, individually and as executor, etc., against Philip Sugerman and others. No opinion. Order affirmed, with $10 costs and disbursements. See Pratt v. Clark, 124 App. Div. 248, 108 N. Y. Supp. 734.

---

TOMLINSON et al., Respondents, v. TOMLINSON, Appellant. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by John C. Tomlinson and others against Theodore E. Tomlinson. M. Kellogg, for appellant. Wellman, Gooch & Smyth, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

TOWN OF HEMPSTEAD, Appellant, v. LAWRENCE et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 2, 1912.) Action by the Town of Hempstead against Newbold T. Lawrence and others. No opinion. Motion for reargument (132 N. Y. Supp. 615, which reverses 70 Misc. Rep. 52, 127 N. Y. Supp. 949) denied, with $10 costs. Motion to resettle order denied, without costs.